# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**
counsel: Linda Lipe
counsel:

Judge : Bill Wilson
Reporter: G. Power
Clerk: M. Johnson
Interpreter:
USPO: A. Ellis

vs

**MICHAEL LAMONT VANDIVER**
counsel: Kim Driggers
counsel:

**Date: April 22, 2008**

**CASE NO: 4:99CR00159-01-WRW**

---

**COURT PROCEEDING: Supervised Release Revocation Hearing**

**Begin: 9:52 a.m.**                                                         **End: 10:05 a.m.**

Court calls case and reviews to present; deft admits alleged violations; Court finds violations occurred; motion to revoke GRANTED; BOP 20 MONTHS; non residential substance abuse treatment at BOP; no supervised release to follow; $3,257.39 restitution; BOP Central AR; deft remanded.

Court in recess.

CourthearingMinutes.Revo.wpd