IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                              4:99CR00159-01-WRW

MICHAEL LAMONT VANDIVER

AMENDED AND SUBSTITUTED
JUDGMENT AND COMMITMENT

The above entitled cause came on for a hearing on the petition to revoke the supervised release granted this defendant. Upon the basis of the evidence presented, the Court found that the defendant did violate conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release granted this defendant be, and it is hereby, REVOKED.

The defendant is sentenced to a period of 20 Months at a designated Bureau of Prisons correctional facility. The defendant is to participate in nonresidential substance abuse treatment during incarceration. Restitution of $3,257.39 is mandatory and is payable during incarceration and community confinement. During incarceration, the defendant will pay 50 percent per month of all funds that are available to him. During community confinement placement, payments will be reduced to 10 percent of the defendant's gross monthly income. The interest is waived. The defendant is remanded into the custody of the U.S. Marshal.

There is no supervised release to follow incarceration.

IT IS SO ORDERED this 22nd day of April, 2008.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

supvrl.2.wpd